# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

November 14, 2016

| Before: | KENNETH F. RIPPLE, Circuit Judge |
| | MICHAEL S. KANNE, Circuit Judge |
| | ANN CLAIRE WILLIAMS, Circuit Judge |

| No. 16-8019 | KENOSHA UNIFIED SCHOOL DISTRICT NO. 1 BOARD OF EDUCATION, et. al., Petitioners - Defendants<br><br>v.<br><br>ASHTON WHITAKER, Respondent - Plaintiff |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:16-cv-00943-PP<br>Eastern District of Wisconsin<br>District Judge Pamela Pepper ||

The petition for permission to appeal under 28 U.S.C. §1292(b) is **DENIED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)